UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS ROY SYMMES, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NC UNEMPLOYMENT OFFICE, and NC WORK ) <br> CAREER CENTER OF ROCKINGHAM ) <br> COUNTY, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:22-CV-469-D-BM** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE the action for lack of jurisdiction.

<u>**This Judgment Filed and Entered on January 27, 2023, and Copies To:**</u>

Douglas Roy Symmes, Jr.    (Sent to Scotland Correctional
                            Institution 22385 McGirts Bridge Rd.
                            Laurinburg, NC 28352 via US Mail)

DATE:                                        PETER A. MOORE, JR., CLERK

January 27, 2023                             (By) /s/ Nicole Sellers
                                                  Deputy Clerk